# EXHIBIT A

# Exhibit A

## Certified Statement of Gregory R. Schmitz
## In Support of Motion to Appear Pro Hac Vice

In support of the Motion to Appear Pro Hac Vice filed on my behalf by Gregory R. Schmitz of the law firm Morgan & Morgan, P.A, and pursuant to N.J. District Civ. Rule 101.1(c)(1), the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): **Middle District of Florida, admitted.**

2. I have **never** been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have **never** received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: August 3, 2023

Respectfully submitted,

*(pro hac vice forthcoming)*
Florida Bar No. 0094694
**Morgan & Morgan, P.A.**
20 N. Orange Ave., 15th Floor
Orlando, FL 32801
T: (407) 204-2170
F: (407) 245-3401
E-mail: gschmitz@forthepeople.com

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Middle District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Elizabeth M. Warren**, Clerk of this Court, do hereby certify that **Gregory R. Schmitz**, Florida Bar # **0094694**, was duly admitted to practice in this Court on **June 24, 2013**, and is in good standing as a member of the Bar of this Court.

Dated at: **Orlando, Florida** on August 01, 2023.



Elizabeth M. Warren
Clerk of Court