**Andrew Frisch, Esq.**
**Gregory R. Schmitz, Esq. (*pro hac vice forthcoming*)**
**MORGAN & MORGAN, P.A.**
**8151 Peters Road, 4th Floor**
**Plantation, FL 33324**
**(407) 420-1414**
*Attorneys for Plaintiff*

| | |
|---|---|
| **DAWN-MICHELE BLALOCK** | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br>**UNION COUNTY** |
| Plaintiff, | |
| | **Docket No.: 1:23-cv-03814** |
| v. | **CIVIL ACTION** |
| **PARTNERS PHARMACY, L.L.C.,** a Domestic Limited Liability Company, **ASCEND HEALTH LLC,** a Domestic Limited Liability Company, **CARE ALTERNATIVES INC.,** a Domestic Profit Corporation d/b/a ASCEND HOSPICE; and **DANIEL E. STRAUS,** individually | **MOTION TO APPEAR**<br>***PRO HAC VICE*** |
| Defendants. | |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Gregory R. Schmitz of the law firm MORGAN & MORGAN, P.A., seeking an Order granting Gregory R. Schmitz, Esquire**,** for leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff, DAWN-MICHELE BLALOCK in the above-styled cause only.  Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Gregory R. Schmitz, Esq.
**Morgan & Morgan, P.A**.
20 N. Orange Ave., 15th Floor

Orlando, FL 32801
T: (407) 204-2170
E-mail: gschmitz@forthepeople.com

Dated: _____

_____
[Name of Judge]
UNITED STATE DISTRICT COURT
District of New Jersey

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail

**Gregory R. Schmitz, Esq.**
**Gschmitz@forthepeople.com**
**Morgan & Morgan, P.A.**
**20 N. Orange Ave, 15th Floor**
**Orlando, FL 32801**